# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **WILLIAM COCKERHAM** |
| **Docket Number:** | 1:06CR00038-01 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/27/2006 |
| **Original Offense:** | 18 USC 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY) |
| **Original Sentence:** | 48 months Bureau of Prisons; 120 months supervised release; $100 special assessment |
| **Special Conditions:** | 1) Search; 2) No on-line computer access; 3) No contact with minors; 4) Computer inspection; 5) Pornography restrictions; 6) Phone record disclosure; 7) Notice to employer on computer restrictions; and 8) Sex offender treatment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/19/2010 |
| **Assistant U.S. Attorney:** | David L. Gappa     **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Gary L. Huss     **Telephone:** 559-224-2131 |
| **Other Court Action:** | None |

**RE: William Cockerham**
      **Docket Number: 1:06CR00038-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall not possess or use a computer or any other device that has access to any "on-line computer service." This includes any Internet service provider, bulletin board system, or any other public or private computer network, except for employment purposes only. The defendant is restricted to his home computer only.

**Justification:** The supervisee has been requesting permission for computer use and Internet access for employment purposes only. The supervisee obtained part-time employment with the AIMS (Activities that Integrate Math and Science) Education Foundation as a content advisor and editor for the Middle School Science series developed by faculty at Fresno Pacific University in Fresno, California. According to the supervisee's employers, he will be working off-campus and his duties will include the following: 1) Assist in developing conceptual understanding, models, and maps for Life Science for K through 12 grades; 2) Review middle school science series for content accuracy; 3) review K through 5 grade science materials for content accuracy; 4) Assist in developing future middle school science series; and 5) Provide content to the *myaims* website in the form of blogs, "Do-it-yourself" videos, and demonstration videos.

Further, the supervisee's employers support access to the Internet so the supervisee could research educational topics relating to life science, improve efficiency, and enhance communications between team members.

The undersigned officer has discussed the above with the supervisee's therapist. On behalf of the supervisee, she offered no objection authorizing access to the Internet as long as restrictions are in place and his use could be monitored. The supervisee understands that he will only be authorized to access the Internet via his home computer only. Further, he understands that the undersigned officer will periodically inspect the computer to make sure he is in compliance and not entering

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:     William Cockerham**
       **Docket Number:  1:06CR00038-001**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>


inappropriate sites.   The supervisee has no objections with the modification to his special conditions and the *Waiver of Hearing* form is attached for the Court's review.


Respectfully submitted,


/s/ Jose T. Pulido


**JOSE T. PULIDO**
**Senior United States Probation Officer**
Telephone:  559-499-5725


**DATED:**     December 1, 2011
            Fresno, California
            jtp




**REVIEWED BY:**     **/s/ Hubert J. Alvarez**
                 **HUBERT J.ALVAREZ**
                 **Supervising United States Probation Officer**




<hr>


**THE COURT ORDERS:**


( X)     Modification approved as recommended.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:     William Cockerham**
**Docket Number:  1:06CR00038-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


cc:     United States Probation
        David L. Gappa, Assistant United States Attorney
        Gary L. Huss, Retained Attorney
        Defendant
        Court File
IT IS SO ORDERED.


**Dated:    December 6, 2011**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG